UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| PROGRESSIVE NORTHWESTERN INS. CO. ) <br> as subrogee of Stephen Rodrigue, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PETER SPEECHES, ) <br> ) <br> Defendant. ) | | CIVIL ACTION <br> NO.: <br><br> IN ADMIRALTY |

## COMPLAINT

Now comes Progressive Northwestern Insurance Co. as subrogee of Stephen Rodrigue ("Progressive") to bring this Complaint against Peter Speeches ("Speeches").

### JURISDICTION AND PARTIES

1. This is a complaint brought by Progressive against Speeches in this admiralty and maritime action pursuant to Fed.R.Civ.P. 9(h).

2. The Court has jurisdiction over this matter pursuant to 28 USC §1333. Venue is proper in this Court pursuant to 28 USC §1391.

3. Stephen Rodrigue ("Rodrigue") is a resident of Maine and the owner of the M/V EMILISE a 33 foot Grady White with a Hull Identification No. NTLEX3091718, Official Number 130088.

4. Progressive is an insurance company with a principal place of business located at

5. Speeches is a resident of Maine and the owner of the F/V ERIN & SARAH.

### FACTS

6. Progressive issued Rodrigue a policy of Insurance, Policy Number 951445777 for M/V EMILISE for the period of August 9, 2023 to August 9, 2024.

7. On July 1, 2024, Rodrigue was operating M/V EMILISE in the navigable waters within the State of Maine.

8. On July 1, 2024, Speeches was operating the F/V ERIN & SARAH on the navigable waters within the State of Maine.

9. On July 1, 2024, the M/V EMILISE and the F/V ERIN & SARAH collided on the navigable waters within the State of Maine.

10. On July 1, 2024, Speeches violated multiple navigational rules including but not limited to Rules 5, 6, 7, 8, 15 and 16.

11. On July 1, 2024, the F/V ERIN & SARAH that was being operated by Speeches was the Give-Way Vessel.

12. As a result of the collision, M/V EMILISE was severely damaged.

13. Progressive has paid and/or will pay over $55,882 to repair the M/V EMILISE.

## COUNT I: GENERAL MARITIME LAW NEGLIGENCE

14. Progressive realleges and incorporates herein the allegations contained in paragraphs 1 to 13 as if set forth fully herein.

15. On July 1, 2024, Speeches owed a duty of care to operate the F/V ERIN & SARAH in a safe manner in accordance with the navigational rules.

16. Speeches breached that duty of care owed to Rodrigue by failing to operate the F/V ERIN & SARAH in accordance with the navigation rules.

17. As a result of Speeches breach, M/V EMILISE was severely damaged.

18. Progressive is subrogated to the extent of its payments to repair the damage sustained by M/V EMILISE.

## COUNT II: NEGLIGENCE PER SE

19. Progressive realleges and incorporates herein the allegations contained in paragraphs 1 to 18 as if set forth fully herein.

20. On July 1, 2024, Speeches violated multiple navigational rules of the road which apply to all vessels. Pursuant to *The Pennsylvania* rule, Speeches is negligent as a matter of law for his violations of multiple statutory rules intended to prevent collisions and casualties. *See In re Via Sales & Leasing, Inc.,* 499 F.Supp.2d 887, 890-91 (E.D. Mich. 2007), *citing Poulis-Minott v. Smith*, 388 F.3d 354, 364 (1st Cir. 2004).

21. As a result of Speeches' negligent acts and/or omissions in violation of the navigational rules of the road, Progressive suffered the foreseeable damages described above.

22. Progressive's damages suffered are those which are intended to be prevented by the navigational rules of the road. *See Poulis-Minott v. Smith*, 388 F.3d 354, 364 (1st Cir. 2004).

WHEREFORE, Progressive Northwestern Insurance Co. as subrogee of Stephen Rodrigue prays that:

A. the Court enter judgment in favor of Progressive Northwestern Insurance Co. as subrogee of Stephen Rodrigue for the damages it sustained for the losses sustained by Stephen Rodrigue and his vessel M/V EMILISE against the Defendant Peter Speeches;

B. the Court award Progressive Northwestern Insurance Co. as subrogee of Stephen Rodrigue all of its costs and reasonable attorneys' and experts' fees from Defendant Peter Speeches; and

C. the Court grant Progressive Northwestern Insurance Co. as subrogee of Stephen Rodrigue such other and further relief as the Court deems just and proper.

Respectfully submitted
Plaintiff,
By its attorney


/s/ David S. Smith
David S. Smith
Bar No. 009270
Farrell Smith O'Connell
Aarsheim Aprans LLP
27 Congress St., Ste 508
Salem, MA 01970
(978) 744-8918
Fax: 978-666-0383
Email: dsmith@fsofirm.com

Dated: February 3, 2025